Case 2:03-cv-03951-TSZ   Document 133   Filed 12/30/05   Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SQUAXIN ISLAND TRIBE, ISLAND ENTERPRISES INC., SWINOMISH INDIAN TRIBAL COMMUNITY, and SWINOMISH DEVELOPMENT AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>FRED STEPHENS, Director, Washington State Department of Licensing,<br><br>Defendant. | No. C03-3951Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed Plaintiffs' Proposed Judgment and Permanent Injunction, docket no. 130, and Defendant's Response and Objections thereto, docket no. 131.

(2) The Court will enter a separate judgment and permanent injunction as it relates solely to the State of Washington's motor vehicle excise tax, RCW 82.36. The judgment will not refer to the special fuels tax, RCW 82.38.

(3) The parties are directed to file simultaneous briefs addressing the issues of whether Plaintiffs' Second Amended Complaint, docket no. 68, has stated any claim relating to the Washington State special fuels tax under RCW 82.38 and whether the legal incidence analysis in the Court's Order on Summary Judgment, docket no. 129, should extend to the special fuels tax. Opening briefs shall be no longer than 12 pages and filed no later than January 20, 2006. Response briefs shall be filed no later than February 3, 2006. The matter will be noted on the Court's motion calendar for February 3, 2006

(4) The Court concludes that no additional briefing is necessary relating to the United States Supreme Court's recent decision in Wagon v. Prairie Band Potawatomi Nation, 126 S. Ct. 676 (2005).

MINUTE ORDER   1–

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 30th day of December, 2005.

                                      BRUCE RIFKIN, Clerk

                                      s/ Casey Condon
                              By _____
                                    Casey Condon
                                    Deputy Clerk

MINUTE ORDER   2–