THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SQUAXIN ISLAND TRIBE, ISLAND ENTERPRISES, INC., SWINOMISH INDIAN TRIBAL COMMUNITY, and SWINOMISH DEVELOPMENT AUTHORITY, | Case No.: C03-3951Z |
| | JUDGMENT AND PERMANENT INJUNCTION |
| Plaintiffs, | |
| vs. | |
| FRED STEPHENS, Director, Washington State Department of Licensing, | |
| Defendant. | |

This action came on for hearing before the Court, Honorable Thomas S. Zilly, United States District Judge, presiding, and the issues having been heard and a decision having been rendered on November 22, 2005, docket no. 129, it is hereby Ordered, Adjudged, and Decreed:

1) The Court grants judgment in favor of Plaintiffs on Count I of Plaintiffs' Second Amended Complaint as to the State of Washington Motor Vehicle Excise Tax imposed by RCW 82.36, for the reasons stated in the Court's Order dated November 22, 2005, docket no. 129.

Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

2) The Court dismisses as moot, without prejudice, Counts II and III of Plaintiffs' Second Amended Complaint.

3) The legal incidence of the State of Washington's motor vehicle fuel tax, RCW chapter 82.36, which became effective January 1, 1999, rests upon the retailer of those fuels.

4) As a matter of federal law, the State of Washington's motor vehicle fuel taxes may not be applied to motor vehicle fuels, delivered to, received by, or sold by any retail fuel station that is owned by an Indian tribe, tribal enterprise, or tribal member and that is located within the tribe's Indian Country.

5) Defendant is permanently enjoined from imposing or collecting motor vehicle fuels taxes, or otherwise seeking to enforce RCW chapter 82.36 with respect to motor vehicle fuels, delivered to, received by, or sold by Plaintiffs' retail fuel stations within their respective Indian Country.

6) Within 30 days, Defendant shall notify in writing all licensees under RCW chapter 82.36 that (a) motor vehicle fuel taxes may not be imposed upon, collected from, or passed on to Plaintiffs' retail fuel stations, and (b) with respect to motor vehicle fuels delivered to or received by Plaintiffs' retail fuel stations where a licensee does not impose upon, collect from, or pass on to Plaintiffs' retail fuel stations any motor vehicle fuel taxes, a licensee may seek refunds pursuant to RCW § 82.36.273 for taxes previously paid on those fuels. Defendant's notification shall include a copy of this Judgment.

7) Upon the issuance of any license under RCW chapter 82.36, Defendant shall provide to the licensee the notice required by this Judgment.

C03-3951Z

[PROPOSED] JUDGMENT AND PERMANENT
INJUNCTION – PAGE 2

Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

8) This Judgment is binding upon the Defendant, his successors, and their respective officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.

Dated this 4th day of January, 2006.

_Thomas S Zilly_

THE HONORABLE THOMAS ZILLY

Presented by:

KANJI & KATZEN, PLLC                          SQUAXIN ISLAND LEGAL DEPARTMENT

s/ CORY J. ALBRIGHT                           s/ by CORY J. ALBRIGHT per email
Cory J. Albright, WSBA # 31493                authorization
Phillip E. Katzen, WSBA # 7835               Kelly S. Croman, WSBA # 27304
Kanji & Katzen, PLLC                          Squaxin Island Legal Department
100 S. King Street, Suite 560                 SE 3711 Old Olympic Highway
Seattle, WA 98104                             Shelton, WA 98584
Telephone: (206) 344-8100                     Telephone: (360) 432-1771
Fax: (866) 283-0178                           Fax: (360) 432-3699
E-mail: calbright@kanjikatzen.com             E-mail: kcroman@squaxin.nsn.us

Attorneys for the Squaxin Island Tribe, Island    Attorney for the Squaxin Island Tribe and Island
Enterprises Inc., Swinomish Indian Tribal         Enterprises, Inc.
Community, and Swinomish Development
Authority

C03-3951Z

[PROPOSED] JUDGMENT AND PERMANENT
 INJUNCTION – PAGE 3

Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

1

OFFICE OF THE TRIBAL ATTORNEY,
SWINOMISH INDIAN TRIBAL COMMUNITY

2

3

s/ by CORY J. ALBRIGHT per email
authorization
Martin C. Loesch, WSBA # 21055
Swinomish Indian Tribal Community
Office of the Tribal Attorney
P.O. Box 817
LaConner, WA 98257
Telephone:  (360) 466-7227
Fax:  (360) 448-4087

4

5

6

7

8

Attorney for the Swinomish Indian Tribal
Community and Swinomish Development
Authority

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C03-3951Z

[PROPOSED] JUDGMENT AND PERMANENT
 INJUNCTION – PAGE 4

Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100